UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HARVEY STEVENS III                                              CIVIL ACTION

VERSUS

THE UNITED STATES OF AMERICA                    NO. 24-00568-BAJ-EWD
ON BEHALF OF THE SOCIAL
SECURITY ADMINISTRATION

### RULING AND ORDER

This is a child support case. Before the Court is a **Motion to Dismiss (Doc. 5, the "Motion")** filed by Defendant, seeking dismissal of *pro se* Plaintiff's cause of action. The Magistrate Judge has now issued a **Report and Recommendation (Doc. 6, the "Report")**, recommending that Defendant's Motion be denied at this time to allow Plaintiff an opportunity to serve the Government with the guidance provided in the Report. (*Id.*). Plaintiff's deadline to object to the Report has passed, without any objection from Plaintiff.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant's Motion be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff be and is hereby advised as follows:

- Under Federal Rule of Civil Procedure 4, he must submit summonses to the Clerk of this Court for each entity to be served and must include a copy

of the Complaint with each summons served on each entity, as explained in the Report;

- Service must be made by someone who is at least eighteen (18) years old; and

- Plaintiff cannot serve the summonses and complaint himself (even by mail).¹

**IT IS FURTHER ORDERED** that Plaintiff be and is hereby ordered to provide the Court with proof of service no later than 45 days after the entry of this Ruling and Order. Failure to comply with this deadline may result in the dismissal of the above-captioned matter without further notice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Ruling and Order to Plaintiff Harvey Stevens III by regular mail, and by certified mail, return receipt requested, at 2605 Hidden Lake Avenue, Zachary, LA 70791.

Baton Rouge, Louisiana, this 17th day of October, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

¹ If Plaintiff would like assistance in serving Defendant, the Baton Rouge Chapter of the Federal Bar Association operates a free help desk for pro se litigants within the Attorney Conference Room at the Russell B. Long Courthouse, located at 777 Florida St., Baton Rouge, LA 70801, on 2nd and 4th Tuesday of each month. For the month of October, those dates would be October 8th and October 22nd